IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
EASTERN DIVISION

JIMMY NIXON                                                                                PLAINTIFF

VS.                                      2:19-cv-00056-BRW

ARTURO RENDON                                                                         DEFENDANT

## ORDER

Pending is Defendant's Motion to Substitute Party and Motion to Dismiss (Doc. No. 6). No response was filed and the time for doing so has passed.

Accordingly, for good cause shown, the motion is GRANTED and this case is DISMISSED. However, the Clerk of the Court is directed to change the named defendant to the United States of America.

IT IS SO ORDERED this 13th day of June, 2019.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1